1  JONATHAN O. PENA, ESQ.
2  CA Bar ID No. 278044
3  Peña & Bromberg, PLC
4  3467 W. Shaw Ave., Ste 100
5  Fresno, CA  93711
   Telephone: 559-412-5390
6  Fax: 866-282-6709
7  info@jonathanpena.com
   Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Gene Black, ) | Case No. 1:24-cv-01303-SKO |
| Plaintiff, ) | STIPULATION AND UNOPPOSED MOTION ORDER FOR EXTENSION OF TIME; ORDER |
| vs. ) | |
| Carolyn Colvin, ACTING COMMISIONER OF SOCIAL SECURITY[1], ) | (Doc. 11) |
| Defendant. ) | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  January 21, 2025 to March 24, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Carolyn Colvin became the Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of January 20, 2025 and January 27, 2025, Plaintiff's Counsel has six merit briefs and two reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: December 30, 2024      PENA & BROMBERG, ATTORNEYS AT LAW

                          By: */s/ Jonathan Omar Pena*
                               JONATHAN OMAR PENA
                               Attorneys for Plaintiff

Dated: December 30, 2024      PHILLIP A. TALBERT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Office of Program Litigation
                                       Social Security Administration

                          By:  */s/ Justin Lane Martin*
                               Justin Lane Martin
                               Special Assistant United States Attorney
                               Attorneys for Defendant
                               (*As authorized by email on December 30, 2024)

# **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 11), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Plaintiff shall have up to and including March 24, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **January 2, 2025**                        /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE